## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

LAWANNA HARRIS, on behalf of herself                                                    PLAINTIFF
and all others similarly situated

v.                                          NO. 4:11CV00679 JLH

SOUTHWEST POWER POOL, INC.;
STACY DUCKETT; MALINDA SEE;
TOM DUNN; and BRIAN SMITH                                                              DEFENDANTS

### ORDER

The Court has been informed that the plaintiff's name has changed to Lawanna Harris. The Clerk of the Court is directed to change the style of the case to reflect the plaintiff's correct name.

IT IS SO ORDERED this 30th day of September, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE