IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LAWANNA HARRIS**                                                                   **PLAINTIFF**

vs                                4:11-cv-00679-KGB-JTR

**SOUTHWEST POWER POOL, INC., et al.**                            **DEFENDANT**

### ORDER Re: General Order 54[1]

Pending is an oral request for Order Re: General Order No. 54 filed by the Defendants. The request is GRANTED. All lawyers, staff and corporate representatives, for plaintiff and defendants including, Mike Riley, Brian Smith, Stacy Duckett and Nichole Thompson are authorized to bring cell phones, laptop computers, or personal digital assistants into the courthouse, subject to the following rules:

(a)     The devices mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

(b)     Cell phones must be turned off and put away when in the courtroom.

(c)     Wireless internet components of electronic devices must be deactivated when in district courtrooms.

(d)     Before persons with electronic devices are granted entry into the Courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel. This examination includes, but is not limited to placing the device through electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

(e)     The United States Marshals Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

A violation of paragraph (a), (b), or (c) may result in seizure of the electronic device, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A

---

[1] Adopted in the Eastern District of Arkansas.

violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.  Please present a copy of this order to the Court Security Officer upon entry to the building.

    IT IS SO ORDERED this 29th day of May, 2011.

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE