IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LAWANNA HARRIS                                                                                    PLAINTIFF
*formerly known as*
*Lawanna Conyer*

VS.                            CIVIL ACTION NO. 4:11-cv-00679- KGB-JTR

SOUTHWEST POWER POOL INC., et al.                                            DEFENDANT

## ORDER

The parties have reached a settlement following a conference before United States Magistrate Judge J. Thomas Ray on 06/13/2012. The settlement agreement which the Court dictated into the record shall be filed **UNDER SEAL as well as Exhibit 1**.

IT IS SO ORDERED, this 13th day of June, 2012.

_____
UNITED STATES MAGISTRATE JUDGE