**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**LAWANNA HARRIS**                                                                                     **PLAINTIFF**

**v.**                                            **No. 4:11-cv-00679 KGB**

**SOUTHWEST POWER POOL, INC.,
STACY DUCKETT, MALINDA SEE,
TOM DUNN and BRIAN SMITH**                                                          **DEFENDANTS**

## ORDER OF DISMISSAL

Before the Court is the Joint Motion to Approve Wage & Hour Settlement Agreement and to Dismiss the Case With Prejudice (Dkt. No. 69). The parties reached a settlement agreement in this case during a settlement conference with Magistrate Judge Ray and hereby request that this Court approve the wage and hour settlement that was reached.

Plaintiff Lawanna Harris filed this matter on behalf of herself and all others similarly situated, asserting among other claims a claim under 29 U.S.C. § 216(b) of the Fair Labor Standards Act ("FLSA") (Dkt. No. 10). Ms. Harris's motion to certify conditionally her FLSA claim as a collective action was denied with prejudice by this Court (Dkt. No. 31). Therefore, she prepared for trial and now settles only her individual claims.

The parties submitted the Settlement Agreement and Full Release to the Court *in camera*, and the Court has reviewed the terms of the parties' agreement. This Court determines that Ms. Harris has settled for the full amount to which she and her former employer agree she is entitled under the FLSA, including all back wages, an equal amount of liquidated damages, and reasonable attorneys' fees and expenses. For these reasons, the Court approves the Settlement Agreement and Full Release of Ms. Harris's FLSA claims.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants are hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

SO ORDERED this 6th day of July, 2012.

_____
Kristine G. Baker
United States District Judge